UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI


ROESLEIN & ASSOCIATES, INC. et al.,      )
                                         )
            Plaintiffs,                  )
                                         )
      v.                                 )      No.  4:17 CV1351 JMB
                                         )
THOMAS ELGIN, et al.,                    )
                                         )
            Defendants.                  )

## MEMORANDUM AND ORDER

This matter is before the Court on Bridget L. Halquist's Motion for In-Person, *Ex Parte*

Hearing on the Motion to Withdraw as Counsel (ECF No. 66).  The parties consented to the

jurisdiction of the undersigned pursuant to 28 U.S.C. § 636(c).

Due to the sensitive nature of the information supporting counsel's reasons for

requesting withdrawal of representation of Defendant Thomas Elgin ("Elgin"), the Court will

grant the instant motion.

Accordingly,

**IT IS HEREBY ORDERED** that Bridget L. Halquist's Motion for In-Person, *Ex Parte*

Hearing on the Motion to Withdraw as Counsel (ECF No. 66) is GRANTED.

**IT IS FURTHER ORDERED** that counsel and Elgin shall appear on Friday, November 3, 2017,

at 10:30 a.m. in Courtroom 15 South for the *ex parte* hearing.

Dated this 26th day of October, 2017.


                                        /s/ *John M. Bodenhausen*
                                        JOHN M. BODENHAUSEN
                                        UNITED STATES MAGISTRATE JUDGE